UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| JOHN ANTHONY BAILEY, | JUDGMENT IN A CIVIL CASE |
|     Petitioner, | |
| vs. | |
| MYRON L. BATTS, | CASE NO: 17-1048-STA-egb |
|     Respondent. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Petition, Denying Certificate of Appealability, and Denying Leave To Appeal In Forma Pauperis entered on December 27, 2017, this cause is hereby dismissed.

    APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 12/27/2017    THOMAS M. GOULD
    Clerk of Court

    s/Maurice B. BRYSON

    (By) Deputy Clerk